**S. S. Berry,** appellee, v. **Edwin O. Grover,** appellant. **Gen. No.** 28,302.

Suit for real estate commissions. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

H. C. Rumery, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Metha Engler,** appellant, v. **Edward Engler,** appellee. **Gen. No.** 28,345.

Complaint for divorce for cruelty. Complaint dismissed. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, judge, presiding. Heard in the first division of this court for the first district at the March 'term, 1923. Reversed and remanded with directions. Opinion filed December 10, 1923. Rehearing denied December 24, 1923.

Wolfsohn & Freeman and Jacob Katz, for appellant. William T. Crilly, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Willamae N. Williams,** appellant, v. **Webster Hotel Company,** appellee. **Gen. No.** 28,363.

Replevin to recover goods held under claim of innkeeper's lien. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded with directions. Opinion filed December 10, 1923. Rehearing denied December 24, 1923.

David D. Stansbury, for appellant; Max Haleff and Samuel C. Morris, of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Foreman Brothers Banking Company,** trustee under the last will and testament of Louis Nath, deceased, appellant, v. **Bernstein Furniture Company,** appellee. **Gen. No.** 28,381.

Forcible entry and detainer, by trustee under a will, for leased premises. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed December 10, 1923.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant. Schoenbrod & Rosengard, for appellee.

Mr. Justice McSurely delivered the opinion of the court.